1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| ALEXIS ANN BARNABA, as guardian ad litem for minor child and successor-in-interest A.N.Y.; and YVETTE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 23-cv-01622-AJB-SBC<br><br>**ORDER:**<br><br>**(1) DISMISSING MIKE BARNETT BY OPERATION OF THE THIRD AMENDED COMPLAINT;**<br><br>**(2) DENYING AS MOOT MIKE BARNETT'S MOTION TO DISMISS; AND**<br><br>**(3) TERMINATING MIKE BARNETT FROM THE ACTION.**<br><br>**(Doc. No. 42)** |

23

24

25

26

27

28

In response to the Court's July 24, 2025 Order, Plaintiffs filed a Third Amended Complaint ("TAC") against "COUNTY OF SAN DIEGO, KELLY MARTINEZ, THERESA ADAMS-HYDAR, WILLIAM GORE, ERIKA FRIERSON and DOES 1 through 6, inclusive." (Doc. No. 51 at 1.) "As a general rule, when a plaintiff files an amended complaint, the amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010)

1

(internal quotation marks and alterations omitted).

Because Plaintiffs no longer name Mike Barnett ("Barnett") as a defendant in the operative TAC, the Court **DISMISSES** Barnett from this action and **DENIES AS MOOT** his pending motion to dismiss, (Doc. No. 42). *See id.* Accordingly, the Clerk of Court is **DIRECTED** to update the docket to reflect that Barnett has been terminated from this action.

**IT IS SO ORDERED**.

Dated:  August 4, 2025

Hon. Anthony J. Battaglia
United States District Judge

23-cv-01622-AJB-SBC